-------- Original message --------
From: Nick Brumm <nick@nextlight.com>
Date: 8/10/22 5:47 PM (GMT-05:00)
To: Jeff Katz <jkatz@bestlighting.net>, George Jue <gjue@bestlighting.net>
Subject: NextLight cooperation

**"EXTERNAL COMMUNICATION"**

*This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Jeff/George,

Thank you both for taking my calls this week and trying to work towards a future where we can cooperate and succeed in the horticulture lighting market.  As you know, the market has changed and the tactics that I used to build NextLight are no longer applicable.  This is not the first time I have encountered a drastic shift in the market and it will not be the last.  The only way to achieve success in this market is to have a strong financial standing, solid manufacturing, and a deep understanding of cannabis culture.  I have a deep understanding of cannabis culture as I have been deeply involved in the culture for over 30 years.  I can help you achieve the success you are looking for in the horticulture space.

I need the following:
Products to sell
A partner that will work with me through the new product development cycle
Access to parts and warranty coverage to maintain the NextLight brand

I will provide the following:
Revenue by selling your current products
Critique of your current products and marketing practices
Partnership in the development of future CABA/Best Lighting products

I think the next step is for the 3 of us to get together and discuss what makes the most sense for us to move forward.  With Best Lighting, CABA, and NextLight working together we can make money.  As I told each of you I no longer have any inventory, employees, or a building and I am quickly moving towards a future that will have nothing to do with the lighting market.  Time is short and I would like to start the conversation now.

Thanks,

Nick Brumm
NextLight
nick@nextlight.com

# EXHIBIT A

[www.nextlight.com](www.nextlight.com)

The information contained in this document is NextLight proprietary information and is disclosed in confidence. It is the property of NextLight and shall not be used, disclosed to others or reproduced without the express written consent of NextLight.

# EXHIBIT A