IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CABATECH, LLC, | : | Case No. 1:22-cv-59 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| NEXTLIGHT, LLC, | : | |
| Defendant. | : | |

**ORDER OF REFERRAL**

This civil action is hereby referred to Chief Magistrate Judge Karen L. Litkovitz for the limited purpose of conducting a settlement conference, or, in Magistrate Judge Litkovitz's discretion, to be referred to a Court-appointed volunteer mediator under the Court's Attorney-Based Mediation program. *See* https://www.ohsd.uscourts.gov/adr-district-court-mediation. Counsel shall jointly contact Magistrate Judge Litkovitz's Chambers (513-564-7680) by no later than **September 30, 2022** to schedule the proceedings.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: */s/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND