- 🔧 SUPPORT
- 🔍 SEARCH
- LOGIN

PRODUCTS

- ○ LED GROW LIGHTS (6)
- ○ PRO SERIES (4)
- ○ HOME SERIES (2)
- ○ CONTROL SYSTEMS (2)

SHOW ALL PRODUCTS

- PAR
- SPECTRUM



Your shopping cart is empty!

## NextLight Mega Pro

VIEW GALLERY

- Availability: Out of stock

- Brand: NextLight
- Product Code: Mega Pro

## Available Options



120V



240V



277V Whip

⭐⭐⭐⭐⭐ 9 reviews / Write a review

Like 2    Tweet    Share    9

- Description
- Specification
- Package Contents


PLAINTIFF'S EXHIBIT A