IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CABATECH, LLC**, | Case No. 1:22-cv-00059-MWM |
| Plaintiff, | Honorable Matthew W. McFarland |
| v. | |
| **NEXTLIGHT, LLC**, | NOTICE OF APPEARANCE |
| Defendant. | |

Notice is hereby given that Christopher R. Jones and the law firm of Stagnaro, Saba & Patterson Co., L.P.A. will appear as counsel for Defendant NextLight, LLC in this matter.

Respectfully submitted,

/s/ *Christopher R. Jones*
Christopher R. Jones (0092351)
STAGNARO, SABA & PATTERSON, Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Tel. (513) 533-2708
Fax (513) 533-2999
crj@sspfirm.com
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I certify that on the February 10, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

1