EXHIBIT B

# CABATech 5 year warranty for defective fixtures




# FAQs

You have questions. We have answers. If you need any more information, please let us know

**CONTACT US**

How can you compete on price with China-based manufacturers?

It sounds like you're really focused on custom solutions. What if I just need a great price on components?

Do you have any minimum quantity requirements?

How do you protect our unique IP?

What types of warranty do you offer?

All of our products are protected by a 5-year warranty against manufacturing defect.

Do all of your products qualify as "Made in America"?

How do we know you won't share our proprietary information with other clients?

Are you able to source low-cost imports in addition to your custom manufacturing?

Can I tour your facility?

Nextlight  0012133

Case: 1:22-cv-00059-MWM Doc #: 27-2 Filed: 02/10/23 Page: 4 of 5 PAGEID #: 301

| If I have the idea and you help me develop it, who owns the IP? | + |

| Will you do design work for a fee? | + |

| You mention horticulture. Do your products work with marijuana as well as with food crops? | + |

| How are the Tariffs impacting your costs? | + |

## Why CABA

The CABA team has been focused exclusively on LEDs for 30 years, so our industry and application know-how is unparalleled, but the most important reason to work with CABA is that we become an extension of your team. We'll earn your trust.



LEARN MORE

**Nextlight  0012134**

Copyright 2022 CABA Tech | All Rights Reserved | Privacy Policy