IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CABATECH, LLC, | : | Case No. 1:22-cv-59 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| NEXTLIGHT, LLC, | : | |
| | : | |
| Defendant. | : | |

_____

## CALENDAR ORDER
_____

Pursuant to the Rule 26(f) Report filed April 28, 2023 (Doc. 30) by the parties, this case shall proceed as follows:

1. Deadline for motion to amend pleadings/add parties: **September 1, 2023**

2. Deadline to submit protective order: **September 22, 2023**

3. Deadline for motions related to pleadings: **November 1, 2023**

4. Deadlines for disclosure of expert witnesses and submission of expert reports:
   Plaintiff's expert report(s): **November 15, 2023**
   Defendant's expert report(s): **December 15, 2023**
   Disclosure and report of rebuttal experts: **January 15, 2024**

5. Disclosure of non-expert (fact) witnesses: **February 15, 2024**

6. Discovery deadline: **February 15, 2024**

7. Dispositive motions deadline: **March 15, 2024**

   **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND