# Exhibit A

# Declaration of Paul T. Saba

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CABATECH, LLC, | Case No. 1:22-cv-00059-MWM |
| Plaintiff, | Honorable Matthew W. McFarland |
| v. | |
| NEXTLIGHT, LLC, | |
| Defendant. | |

### DECLARATION OF PAUL T. SABA IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

I, Paul T. Saba, Esq., having been first duly sworn and cautioned, state as follows:

1. I am over eighteen years of age, I am competent to testify, and I have personal knowledge of the facts stated herein;

2. NextLight has substantially failed to fulfill its financial obligation to myself and Stagnaro, Saba & Patterson, Co., L.P.A. (collectively, "SSP") concerning SSP's services as counsel;

3. NextLight has been given reasonable warning of SSP's intent to withdraw absent fulfillment of its financial obligation;

4. SSP has sent NextLight several emails concerning NextLight's failure to fulfill its financial obligation;

5. Additionally, on December 19, 2023, SSP sent a letter to NextLight advising of SSP's intent to withdraw as counsel and that NextLight should immediately retain new counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Paul T. Saba, Esq.

STATE OF OHIO           )
                        ) SS:
COUNTY OF HAMILTON      )

BE IT REMEMBERED that the foregoing instrument was acknowledged before me, a notary public in and for said state, this 21st day of December, 2023, by Paul T. Saba.

COURTNEY WRIGHT
Notary Public, State of Ohio
My Commission Expires:
December 18, 2027

_____
Notary Public

2