IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CABATECH, LLC,** | Case No. 1:22-cv-00059-MWM |
| Plaintiff, | Honorable Matthew W. McFarland |
| v. | |
| **NEXTLIGHT, LLC,** | |
| Defendant. | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Pursuant to Local Rule 83.4(b), and for good cause shown, Paul T. Saba and Stagnaro, Saba & Patterson, Co., L.P.A.'s Motion to Withdraw as Counsel for Defendant is **GRANTED**. Paul T. Saba and Stagnaro, Saba & Patterson, Co., L.P.A.'s representation of Defendant NextLight, LLC herein is terminated, effective immediately.

IT IS SO ORDERED.

                                                **Honorable Matthew W. McFarland**
                                                United States District Judge