IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CABATECH, LLC,

    Plaintiff,

v.

                                Case Number: 1:22-cv-059
                                Judge Matthew W. McFarland

NEXTLIGHT, LLC,

    Defendant.

## ENTRY OF DEFAULT

It appearing that defendant, NEXTLIGHT, LLC is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the defendant this 26th day of April, 2024.

                                                RICHARD W. NAGEL, CLERK

                                                s/ K. Heuer
                                                Deputy Clerk